IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DANE KISTNER, 15765-067, ) | |
|     Petitioner, ) | |
| v. ) | No. 3:11-CV-503-K |
| ) | |
| UNITED STATES OF AMERICA ) | |
| and WARDEN M. CRUZ, ) | |
|     Respondents. ) | |

### ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

**SO ORDERED.**

Signed this 4th day of August, 2011.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE